THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHOMPHET PHETSADAKONE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF AUBURN, a municipal corporation; and JOE MICHELS, in his individual capacity, <br><br> Defendants. | CASE NO. C20-1528-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation for and order of dismissal (Dkt. No. 11). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate that the claims in this case should be dismissed with prejudice and without an award of costs or attorney fees to either party. (Dkt No. 11 at 1.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. Pursuant to the stipulation, the Court ORDERS that this case is DISMISSED with prejudice and without costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 4th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk